**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

April 22, 2010

## LETTER ORDER

Re:   Karama Thomas v. Newark Police Department, et al.
       Civil Action No. 08-2452 (PGS)

Dear Counsel:

     During the telephone conference with the Court on April 14, 2010, counsel for Defendant City of Newark raised the issue of the propriety of a redaction contained within Plaintiff's psychiatric expert report. Plaintiff stated that the redaction was made pursuant to this Court's Order of March 15, 2010 and related to issues regarding Judge Casale. Having conducted an *in-camera* review of the unredacted expert report, the Court finds that the redaction was proper and consistent with this Court's previous order.

     **SO ORDERED.**

                                      *s/Esther Salas*
                                      **Esther Salas, U.S.M.J**